## UNITED STATES DISTRICT COURT
### District of Minnesota

Wendy Thompson

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 17-1926 DWF/LIB

Kanabec County and Milles Lacs County

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff Wendy Thompson's Motion for Summary Judgment (Doc. No. [167]) is DENIED;
2. Defendant Kanabec County's Motion for Summary Judgment (Doc. No. [139]) and Mille Lacs County's Motion for Summary Judgment (Doc. No. [151]) are GRANTED IN PART and DENIED IN PART as follows:
    a. Count 1 of the Complaint (Doc. No. [1]) is DISMISSED WITH PREJUDICE;
    b. Counts 2 through 6 of Plaintiff's Complaint (Doc. No. [1]) are DISMISSED WITHOUT PREJUDICE.

Date: 2/7/2019

KATE M. FOGARTY, CLERK

s/A. Linner
(By)  A. Linner, Deputy Clerk